[No. 19656–1–I.   Division One.   December 21, 1987.]

*In the Matter of the Marriage of* JAMES W. BARNES, *Appellant, and* JANET LOUISE BARNES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 80–3–05190–7, Terrence A. Carroll, J., entered November 14, 1986. *Reversed* by unpublished opinion per Swanson, J., concurred in by Grosse and Webster, JJ.

[No. 18867–4–I.   Division One.   December 21, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. BOBBY NEALE COX, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 86–1–00013–0, John F. Wilson, J., entered July 2, 1986. *Affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Swanson, J.

[No. 18246–3–I.   Division One.   December 21, 1987.]

*In the Matter of the Marriage of* WENDY A. WHITE, *Appellant, and* KENNETH J. WHITE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 84–3–06394–1, Frank J. Eberharter, J., entered March 3, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Ringold, A.C.J., and Swanson, J.